IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

        Plaintiff,

v.

Case No.: 1:19-cv-00022-MW-GRJ

GATOR HOTEL VENTURES, LLC dba
QUALITY INN UNIVERSITY NORTH
I-75, a Florida Limited Liability Company,

        Defendant.

## CONSENT DECREE

This CONSENT DECREE is entered into by and between PATRICIA KENNEDY, Individually, hereinafter sometimes referred to as "Plaintiff," and GATOR HOTEL VENTURES, LLC dba QUALITY INN UNIVERSITY NORTH I-75, a Florida Limited Liability Company, hereinafter sometimes referred to as "Defendant," on the date last executed below.

**WHEREAS**, Plaintiff filed the above-captioned lawsuit against Defendant alleging that Defendant violated Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA"), because its website located at https://www.choicehotels.com/florida/gainesville/quality-inn-hotels/fld68. Defendant also utilizes third party online reservations systems, including booking.com, tripadvisor.com, hotelplanner.com and expedia.com (hereinafter "website") fails to comply with the requirements of 28 C.F.R. Section 36.302(e)(1) as it pertains to the property located at Quality Inn University North I-75, 7516 W Newberry Rd, Gainesville, FL 32606(hereinafter "Subject Property");

**WHEREAS**, Defendant denies having violated any federal laws;

**WHEREAS**, the Parties desire to avoid expense, time, effort, and uncertainty of current or future litigation;

**WHEREAS**, subject to the terms set forth below, Plaintiff and Defendant (hereinafter jointly referred to as the "Parties") have agreed to finally resolve any and all claims and disputes by and between and among them; and

**WHEREFORE**, in consideration of the promises and the mutual covenants and undertakings contained herein and incorporated into this CONSENT DECREE, and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the Parties agree to the following terms and conditions as a full and complete settlement of the Lawsuit:

**I. RELEASE**. Upon the Defendant=s full compliance with the terms and conditions of this CONSENT DECREE, Plaintiff hereby releases and discharges Defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action which it has had arising under the Americans With Disabilities Act. This provision is limited to the subject website as it pertains to the subject property.

**II. COMPLETION AND IMPLEMENTATION OF ACCESSIBILITY.** Defendant

agrees that, within one year of the execution of this Agreement, it shall ensure that its website is and remains in conformity with the requirements of 28 C.F.R. Section 36.302(e)(1) as it pertains to the subject property.

**III. ENFORCEMENT:** In the event that Defendant fails to comply with the provisions of this Consent Decree, Plaintiff shall have the right to enforce. The prevailing party shall be entitled to his or her reasonable attorney fees, costs and litigation expenses pursuant to the standards of 42 U.S.C. Section 12205.

**IV. MONETARY CONSIDERATION.** Defendant shall pay Plaintiffs= counsel, Thomas B. Bacon, P.A., Plaintiff's attorneys= fees, litigation expenses, reinspection fee and costs incurred in this matter. The amounts to be paid shall be established by counsel for the parties by separate letter agreement, which is incorporated as part of this Consent Decree. In the event the parties are unable to agree on the amount of fees, costs, litigation expenses and reinspection fee, then Plaintiff's counsel shall be entitled to petition the Court to determine the amount.

**V. COUNTERPARTS.** The Parties agree that this Agreement may be executed in counterparts, each of which shall be deemed an original but all of which taken together shall constitute but one and the same instrument. The Parties agree that a scanned, emailed, or facsimile copy of a party's signature shall be deemed the equivalent of an original.

**VI. ENTIRE AGREEMENT.** This Agreement constitutes the entire agreement among the Parties on the matters included herein. No other statement, promise, or agreement, either written or oral, made by either party or agents of either party not contained in this Agreement, shall be enforceable. If an arbitrator or court of competent jurisdiction concludes that any part of this Agreement is unenforceable, such portion shall be severed from this Agreement, and all other provisions shall remain enforceable.

**VII. VOLUNTARY EXECUTION.** The Parties represent and acknowledge that this Agreement is given and executed voluntarily, and is not based upon any representation by any of the Parties to another party as to the merits, legal liability, or value of any claim of the Parties or any matters related thereto.

**VIII. AUTHORITY TO EXECUTE.** The Parties represent and warrant to each other that the person executing this Agreement has full authority and capacity to execute this Agreement and to give the release and other promises contained in this Agreement.

**IX. APPLICABLE LAW.** This Agreement shall be governed by, construed, interpreted and enforced in accordance with the laws of the State of Florida and the Americans With Disabilities Act in effect as of the date of this Agreement.

**X. DISMISSAL OF THE INSTANT LAWSUIT.** Upon execution of this Consent Decree by all parties and the payment of settlement proceeds by the Defendant, the parties shall file the stipulation of approval and entry in the form attached hereto, requesting that the court approve and enter the decree and retain jurisdiction to enforce. The effectiveness of this Consent Decree is conditioned on the Court approving and entering and retaining jurisdiction to enforce. In the event the Court declines, then this Consent Decree shall be null and void and dismissal shall be withdrawn and this litigation shall proceed.

**IN WITNESS WHEREOF,** the parties have hereunto signed their names on the day and year written below.

SIGNATURES:

Parties:

<u>PLAINTIFF</u>:

By: *[signature]*                                                    Date: 4-5-2019

PATRICIA KENNEDY, **Individually**

<u>DEFENDANT</u>:

By: *[signature]*                                                    Date: 4/4/19

GATOR HOTEL VENTURES, LLC dba QUALITY INN UNIVERSITY NORTH I-75

3