UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA KENNEDY

    VS                                                        CASE NO.  1:19-cv-00022-MW-GRJ

GATOR HOTEL VENTURES LLC

## JUDGMENT

The parties are ordered to comply with their stipulation. The court reserves jurisdiction to enforce the order to comply with the stipulation. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

April 19, 2019
DATE

s/ KELLI MALU
Deputy Clerk: Kelli Malu