# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**PATRICIA KENNEDY, individually,**

    **Plaintiff,**

v.          Case No:   1:19cv22-MW/GRJ

**GATOR HOTEL VENTURES, LLC**
**d/b/a Quality Inn University North**
**I-75, a Florida limited liability company,**

    **Defendant.**
_____/

## ORDER GRANTING MOTION FOR ENTITLEMENT
## AND DIRECTING PARTIES TO RESPOND

This Court has considered, without hearing, Plaintiff's Motion for Entitlement to Attorney Fees, Cost and Litigation Expenses. ECF No. 14. The motion is **GRANTED as to entitlement**. The parties are directed to confer and exchange documents relative to the amount of attorney's fees and costs on or before May 13, 2019. If the parties are unable to reach an agreement as to amount of attorney's fees and costs, Plaintiff shall file her motion for attorney's fees and costs with supporting documentation on or before May 20, 2019. Defendant shall respond no later than June 3, 2019. If Defendant contests the hours expended by Plaintiff then Defendant shall be require to file its time sheets covering the same time period.

    **SO ORDERED on May 2, 2019.**

**s/ MARK E. WALKER**
**Chief United States District Judge**