IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PATRICIA KENNEDY,**

    **Plaintiff,**

v.                                              Case No. 1:19cv22-MW/GRJ

**GATOR HOTEL VENTURES, LLC,**
d/b/a Quality Inn University North,

    **Defendant.**

_____/

## ORDER CLOSING FILE

This Court acknowledges the filing of the Stipulation of Dismissal with Prejudice. ECF No. 17. Since the parties have reached a settlement as to Plaintiff's Motion for Attorney Fees, ECF No. 17, the Clerk shall terminate the motion, ECF No. 16, and close the file.

**SO ORDERED on June 3, 2019.**

                                    **s/ MARK E. WALKER**
                                    **Chief United States District Judge**